UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

RICARDO VELASQUEZ,                                            CASE NO: 1:22-cv-08595-JPC

     Plaintiff,

vs.

CAVAN SLIGO NYC INC., a New York
corporation, d/b/a THE MAYFLY, and
269 E HOUSTON PARTNERS LLC, a
Delaware limited liability company,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, CAVAN SLIGO NYC INC., a New York corporation, d/b/a THE MAYFLY, and 269 E HOUSTON PARTNERS LLC, a Delaware limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

    Dated: This 11th day of January, 2023.

By: _/S/ Robert J. Mirel_____        By: _/S/ Adam I. Kleinberg_____
    Robert J. Mirel, Esq.                                  Adam I. Kleinberg, Esq.
    The Weitz Law Firm, P.A.                         Sokoloff Stern LLP
    18305 Biscayne Blvd., Suite 214             179 Westbury Avenue
    Aventura, FL 33160                                    Carle Place, NY 11514
    Telephone: (305) 949-7777                      Telephone: (516) 334-4500
    Facsimile: (305) 704-3877                        Facsimile: (516) 334-4501
    E-mail: RJM@weitzfirm.com                  Email: kleinberg@sokoloffstern.com
    *Attorneys for Plaintiff*                                *Attorney for Defendant,*
                                                                              *CAVAN SLIGO NYC INC.*

By: _/S/ Edward Weiss_____
    Edward Weiss, Esq.
    Azoulay Weiss, LLP
    864 Willis Avenue, Suite 6 & 8
    Albertson, NY 11507
    Telephone: (516) 739-6200
    Fax: (516) 739-6202
    Email: dazoulay@azoulayweiss.com
    *Attorneys for Defendant,*
    *269 E HOUSTON PARTNERS LLC*