UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,                                   CASE NO: 1:22-cv-08595-JPC

    Plaintiff,

vs.

CAVAN SLIGO NYC INC., a New York
corporation, d/b/a THE MAYFLY, and
269 E HOUSTON PARTNERS LLC, a
Delaware limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, CAVAN SLIGO NYC INC., a New York corporation, d/b/a THE MAYFLY, and 269 E HOUSTON PARTNERS LLC, a Delaware limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 21st day of February, 2023.

By: _____   By: _____
Robert J. Mirel, Esq.                                       Adam I. Kleinberg, Esq.
THE WEITZ LAW FIRM, P.A.                       Sokoloff Stern LLP
18305 Biscayne Blvd., Suite 214                 179 Westbury Avenue
Aventura, FL 33160                                       Carle Place, NY 11514
Telephone: (305) 949-7777                          Telephone: (516) 334-4500
Facsimile: (305) 704-3877                            Facsimile: (516) 334-4501
E-mail: RJM@weitzfirm.com                      Email: kleinberg@sokoloffstern.com
*Attorney for Plaintiff*                                   *Attorney for Defendant,*
                                                                  *CAVAN SLIGO NYC INC.*

By: _____
~~Donna D. Azoulay, Esq.~~ Edward Weiss, Esq.
Azoulay Weiss, LLP
864 Willis Avenue, Suite 6 & 8
Albertson, NY 11507
Telephone: (516) 739-6200
Fax: (516) 739-6202
Email: ~~dazoulay@azoulayweiss.com~~ eweiss@azoulayweiss.com
Attorney for Defendant,
269 E HOUSTON PARTNERS LLC

**SO ORDERED:**

_____
John P. Cronan, U.S.D.J.

Dated: _____

Pursuant to Federal rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without court order.  *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice).  Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

February 22, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge